## CAMBRIDGE TILE MANUFACTURING COMPANY *v.* GERMANIA BANK *et al.*

ATKINSON, J. This case, in principle, is controlled by the ruling in *General Supply Co.* v. *Hunn*, 126 *Ga.* 615, and also by the ruling in *Cambridge Tile Manufacturing Co.* v. *Germania Bank*, ante.
*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted March 12,—Decided April 13, 1907.

Equitable petition. Before Judge Cann. Chatham superior court. April 14, 1906.

*R. L. Colding,* for plaintiff. *G. W. Owens,* for defendants.